Larry M. Kazanjian, SBN: 071441
Heather S. Candy, SBN: 205900
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:   (916) 442-3552
Facsimile:   (916) 442-3606
Email: hcandy@pkwhlaw.com

Attorneys for Defendant
LORETTO HIGH SCHOOL

James McGlamery, SBN: 099433
LAW OFFICES OF JAMES E. McGLAMERY
455 Capitol Mall, Suite 350
Sacramento, CA 95814
Telephone:   (916) 446-6235
Facsimile:   (916) 446-6218

Attorney for Plaintiff
CYNTHIA MITTERHOLZER

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MITTERHOLZER,<br><br>      Plaintiff<br><br>   v.<br><br>LORETTO HIGH SCHOOL and DOES 1 THROUGH 10, inclusive,<br><br>      Defendants. | Case No. 2:09-cv-02097-LKK-DAD<br><br>**STIPULATED DISMISSAL; ORDER** |

STIPULATED DISMISSAL; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the above-captioned action be dismissed with prejudice as to all causes of action and as to all Defendants.

Dated: October 23, 2009               LAW OFFICE OF JAMES E. McGLAMERY


By: /s/ James E. McGlamery
James E. McGlamery

Attorneys for Plaintiff
CYNTHIA MITTERHOLZER

Dated: October 23, 2009               PALMER KAZANJIAN WOHL HODSON LLC


By: /s/ Heather S. Candy
Heather C. Candy

ORDER

IT IS SO ORDERED.

Dated:   October 23, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATED DISMISSAL; ORDER                           2.

PDF created with pdfFactory trial version www.pdffactory.com